le

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                             )<br>                               Plaintiff,  )<br>                                                             )<br>             v.                                          )<br>                                                             )<br>RAUL JOSE BARASA,                        )<br>                                                             )<br>                               Respondent. ) | NO. CR10-5719BHS<br><br>**ORDER TO SEAL** |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that

The Government's Sentencing Memorandum in this matter be FILED UNDER SEAL to protect the safety of all those involved in the investigation and prosecution of the case.

IT IS SO ORDERED.

DATED this 7th day of March, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/Michael Dion
MICHAEL DION
Assistant United States Attorney

ORDER TO SEAL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970