JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAUL JOSE BARASA,<br><br>Defendant. | NO. CR10-5719BHS<br><br>ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and any attachments thereto, are to be sealed.

DONE this 7th day of March, 2011.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/*Colin Fieman*
Colin Fieman
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710