**U.S. PROBATION AND PRETRIAL SERVICES**
WESTERN DISTRICT OF WASHINGTON

CONNIE M. SMITH
CHIEF

RHONDA M. LANGFORD
DEPUTY CHIEF

# MEMORANDUM

```
_____ FILED   _____ LODGED
         _____ RECEIVED
          MAR 18 2015
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                            DEPUTY
```

DATE: March 17, 2015

TO: The Honorable Benjamin H. Settle
United States District Judge

FROM: Todd A. Willson
U.S. Probation Officer

SUBJECT: **Barasa, Raul Jose**
**Case Number: 3:10CR05719BHS-001**
**REQUEST FOR OUT OF COUNTRY TRAVEL**

---

STATUS:

On March 7, 2011, Your Honor sentenced Raul Barasa for Distribution of Cocaine and Distribution of Methamphetamine. Mr. Barasa was sentenced to 60 months imprisonment to be followed by a five year term of supervised release. He was sentenced to standard conditions and special conditions related to his offense.

ADJUSTMENT AND EVALUATION:

Mr. Barasa's term of supervised release commenced on July 28, 2014, and is set to terminate on July 27, 2019. To date, Mr. Barasa has complied with all conditions of his supervised release. He has been gainfully employed during his term of supervised release as well. Mr. Barasa has satisfied his special assessment. Mr. Barasa has applied for his passport and has submitted travel plans to the probation officer.

Mr. Barasa has requested travel outside the United States, specifically to Mexico, for purposes of attending an Alcoholics Anonymous International Conference with his father. The conference is from May 27, to May 31, 2015.

RECOMMENDATION:

Based upon the above information, it is respectfully recommended Raul Jose Barasa be permitted to travel outside the United States to Mexico for the purposes of an Alcoholics Anonymous conference.

Respectfully Submitted

*Todd Willson*

Todd A. Willson
U. S. Probation Officer

APPROVED:
Connie Smith
Chief U.S. Probation and Pretrial Services Officer

*Robin Elliott*
BY:
Robin L. Elliott
Supervising U.S. Probation Officer

TAW/tw

__✓__   APPROVED

_____   DISAPPROVED

_____   REQUEST CONFERENCE WITH PROBATION OFFICER

*Benjamin Settle*                    3/18/15
The Honorable Benjamin H. Settle          Date
U. S. District Court Judge